AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Amy Nicole Gordon<br>DOB: XXXXXX<br><br>*Defendant(s)* | Case: 1:23-mj-00322<br>Assigned to: Judge Upadhyaya, Moxila A.<br>Assign Date: 11/28/2023<br>Description: COMPLAINT W/ ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

*Code Section*          *Offense Description*

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority,
18 U.S.C. § 1752(a)(2) (Disorderly or disruptive conduct in a restricted building or grounds),
40 U.S.C. § 5104(e)(2)(D) (Disorderly or disruptive conduct in a Capitol building),
40 U.S.C. § 5104(e)(2)(G) (Parading, Demonstrating, or Picketing in a Capitol Building).

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 11/28/2023

_____
*Judge's signature*

City and state: Washington, D.C.          Moxila A. Upadhyaya, U.S. Magistrate Judge
                                          *Printed name and title*