AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Amy Nicole Gordon

*Defendant*

)
) Case: 1:23-mj-00322
) Assigned to: Judge Upadhyaya, Moxila A.
) Assign Date: 11/28/2023
) Description: COMPLAINT W/ ARREST WARRANT
)
)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* __Amy Nicole Gordon__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) (Disorderly or disruptive conduct in a restricted building or grounds);
40 U.S.C. § 5104(e)(2)(D) (Disorderly or disruptive conduct in a Capitol building) ;
40 U.S.C. § 5104(e)(2)(G) (Parading, Demonstrating, or Picketing in a Capitol Building).

Date: 11/28/2023

*Issuing officer's signature*

City and state: Washington, D.C.        Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 3/14/2024, and the person was arrested on *(date)* 3/19/2024
at *(city and state)* New Albany, IN.

Date: 3/19/2024

*Arresting officer's signature*

Tyler Creer, Special Agent
*Printed name and title*